## Commonwealth *v.* Watson, Appellant.

Submitted December 8, 1969. *Jack M. Myers,* and *Zach and Myers,* for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., dissents.

## Commonwealth *v.* Wilkins, Appellant.

Argued December 8, 1969. *David Kairys,* Assistant Defender, with him *Melvin Dildine,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Assistant District Attorney, with him *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.